# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PETEDGE, INC., | ) ) ) | Civil Action No. _____ |
| Plaintiff, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) ) |  |
| YAHEE TECHNOLOGIES CORP, | ) ) |  |
| Defendant. | ) ) ) |  |

## COMPLAINT

Plaintiff PetEdge, Inc. complains against Yahee Technologies Corp as follows:

## PARTIES

1. PetEdge is a corporation organized and existing under the laws of the Commonwealth of Massachusetts and has its principal place of business at 100 Cummings Center, Beverly, Massachusetts, 01915.

2. PetEdge is in the business of designing, sourcing, manufacturing, and distributing pet-related merchandise.

3. PetEdge invented a folding pet ramp and steps combination apparatus ("pet ramp/steps") and owns a patent directed to various embodiments of this apparatus, namely U.S. Patent No. 7,621,236 ("the '236 Patent"). A copy of the '236 Patent is attached as Exhibit A. PetEdge manufactures and sells pet ramp/steps embodying inventions claimed in this '236 Patent and marks those products with the '236 Patent.

4.      Among the pet ramp/steps that PetEdge sells is its "Renew Rampsteps" (SKU ZA6044), which PetEdge markets and sells under its PET STUDIO® brand.  PetEdge also sells a version under the GUARDIAN GEAR® brand.

5.      On information and belief, Yahee Technologies Corp. ("Yaheetech") is a corporation organized and existing under the laws of the State of California and has its principal place of business at 2260 S Archibald Ave. #D, Ontario, California 91761.

6.      On information and belief, Yaheetech manufacturers, uses, offers to sell, and/or sells an array of household furniture products, including pet-related merchandise.

7.      Yaheetech's pet-related merchandise includes several models of pet ramp/steps, all of which are advertised and sold under the "Yaheetech" brand.  All of the models appear to be the same, or very similar to each other, but are sold under different names.  The various models of pet ramp/steps ("Accused Products") are listed below:

- Yaheetech Folding Pet 2-in-1 Ramp & Stairs for Dog Cat Portable Carpet Wooden Steps Ladder;
- Yaheetech Folding Wooden Pet Ramp & Stairs;
- Yaheetech Portable Carpet Wooden Pet Steps Ladder, 3 Steps; and
- Yaheetech Folding Pet Ramp & Stairs for Dog Cat Steps Ladder

8.      Excerpts from a national, third-party retailer (www.amazon.com) listing for sale these various Yaheetech Accused Products is attached as Exhibit B.  Yaheetech distributes its products, including these Accused Products, through national retailers like Amazon.com.  Yaheetech's activities have been without express or implied license from PetEdge.

9.      These Accused Products compete directly with PetEdge's pet ramp/steps products and appear to be knock-offs of the PetEdge pet ramp/steps products, such as PetEdge's PET STUDIO® pet ramp/steps.  For example, a side-by-side comparison of PetEdge's patented PET

2

STUDIO® "Renew Rampsteps" and one example of Yaheetech's Accused Products, namely, the "Folding Pet Ramp & Stairs for Dog Cat Steps Ladder" model, is depicted below.



| PetEdge PET STUDIO® "Renew Rampsteps" | Yaheetech "Folding Pet Ramp & Stairs for Dog Cat Steps Ladder" |
|---|---|

10. PetEdge's pet ramp/steps are finely crafted, using sturdy, high quality and attractive materials. They are sold at premium prices, reflecting their craftsmanship, sturdy construction, and patented innovation. Yaheetech's Accused Products, on the other hand, are offered at far lower prices and appear to be constructed from cheaper, lower quality materials. As such, Yaheetech's marketing and sales of its Accused Products are damaging PetEdge's reputation as a retailer of high-quality pet-related merchandise and its standing in the marketplace. In addition, the lower price point of Yaheetech's Accused Products is causing PetEdge to suffer lost profits and price erosion.

## JURISDICTION AND VENUE

11. This is an action for patent infringement arising under the Patent Laws of United States, Title 35, United States Code. This Court has jurisdiction under 28 U.S.C. §§ 1331 (federal question), 1332 (diversity) and 1338 (patent actions).

12. Venue is proper under 28 U.S.C. § 1391(b) and (c) and § 1400(b). Yaheetech has committed and/or threatened to commit acts of infringement in this District, and this action arises from those acts. Yaheetech has regularly engaged in business in this Commonwealth and District and purposefully availed itself of the privilege of conducting business in this District, for example, by offering for sale and selling the Accused Products in this District.

13. For example, Yaheetech advertises, offers for sale, and sells the Accused Products through various retail websites, like Amazon.com. The Accused Products are made available to any person to buy, including to Massachusetts residents. Indeed, PetEdge's CEO was able to buy one of the Accused Products on Amazon.com and have it shipped to him home in Massachusetts. There were no geographic restrictions placed on sales of Yaheetech's Accused Products. They are made available to any Massachusetts customers.

## **THE PATENT INFRINGED**

14. On November 24, 2009, the United States Patent and Trademark Office ("USPTO") issued United States Patent No. 7,621,236, entitled "Folding Pet Ramp and Steps" ("the '236 Patent").

15. The '236 Patent was assigned to PetEdge, which owns the full rights, title, and interest in it.

16. The '236 Patent has not expired and is in full force and effect.

17. Pursuant to 35 U.S.C. § 282, the '236 Patent and each of its claims are presumed valid.

18. PetEdge marks its pet ramp/steps with the '236 Patent.

## COUNT I
## INFRINGEMENT OF THE '236 PATENT

19. PetEdge realleges and incorporates by reference paragraphs 1-18 above as though fully set out herein.

20. In violation of 35 U.S.C. § 271, Yaheetech has been and still is infringing the '236 Patent by manufacturing, using, offering to sell, and/or selling within the United States the Accused Products such as those depicted in Exhibit B, that are covered by one or more claims of the '236 Patent.

21. Yaheetech has had at least constructive notice of the '236 Patent pursuant to 35 U.S.C. § 287(a) because PetEdge marks its pet ramp/steps products with the '236 Patent. Further, PetEdge notified Yaheetech about alleged infringement of the '236 Patent by letter dated July 20, 2015. Thus, Yaheetech had actual knowledge of the '236 Patent as well.

22. Yaheetech has profited and continues to profit from its manufacture, use, offers to sell, and sale of the Accused Products.

23. On information and belief, Yaheetech's infringement of the '236 Patent has been and continues to be willful, wanton, and deliberate.

24. PetEdge has been and continues to be damaged and irreparably harmed by Yaheetech's infringement of the '236 patent.

**WHEREFORE**, PetEdge respectfully asks this Court to enter judgment for PetEdge and against Yaheetech and to grant PetEdge the following relief:

A. A judgment under 35 U.S.C. § 271 finding that Yaheetech infringes the '236 Patent;

B.   An order under 35 U.S.C. § 283 preliminarily and permanently enjoining Yaheetech from infringing the '236 Patent;

C.   An award of damages under 35 U.S.C. § 284 adequate to compensate PetEdge for Yaheetech's infringement of the '236 Patent and an accounting to determine the proper amount of such damages;

D.   A three-fold increase in damages as a result of Yaheetech's willful, wanton, and deliberate acts of infringement;

E.   An award pursuant to 35 U.S.C. § 284 of costs and prejudgment and post judgment interest on PetEdge's compensatory damages;

F.   An award pursuant to 35 U.S.C. § 285 of PetEdge's attorney's fees incurred in this action;

G.   An order directing the recall and destruction of any and all existing Yaheetech folding pet ramps and step systems that infringe the '236 Patent; and

H.   Such further relief as this Court deems just and proper.

## JURY DEMAND

PetEdge demands a trial by jury on all issues so triable.

                                        PETEDGE, INC.
                                        By its Attorneys,

                                        */s/  Erik Paul Belt*
                                        Erik Paul Belt (BBO # 558620)
                                        Brian Larivee(BBO # 673978)
                                        McCARTER & ENGLISH, LLP
                                        265 Franklin Street
                                        Boston, Massachusetts  02110
                                        Tel: (617) 449-6500
                                        Fax: (617) 607-9200
                                        Email: ebelt@mccarter.com
                                        Email: blarivee@mccarter.com

Dated:  August 17, 2015